**No. 43753.**—Protests 794239–G, etc., of Stein, Hall & Co., Inc. (Philadelphia).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.